UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-6828-MWF(MRWx)**                                Dated: **September 30, 2021**

Title:    Nataly Morales -v- Peterson Enterprises, LLC, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

      Rita Sanchez                           Not Reported
      Courtroom Deputy                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

      Not Present                            Not Present

**PROCEEDINGS (IN CHAMBERS):**    **COURT ORDER**

      In light of the Notice of Settlement [13] filed September 28, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for November 22, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

Initials of Deputy Clerk   rs