1

2   Thiago Coelho, SBN 324715
    thiago@wilshirelawfirm.com

3   Binyamin I. Manoucheri, SBN 336468
    binaymin@wilshirelawfirm.com

4   **WILSHIRE LAW FIRM**

5   3055 Wilshire Blvd., 12th Floor
    Los Angeles, California 90010

6   Telephone: (213) 381-9988

7   Facsimile: (213) 381-9989

8   *Attorneys for Plaintiff and Proposed Class*

9

10                  **UNITED STATES DISTRICT COURT**

11          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

13   NATALY MORALES, individually       CASE NO.: 2:21-cv-06828-MWF-MRW
     and on behalf of all others similarly
     situated,

14                                       Honorable Judge Michael W. Fitzgerald
                         Plaintiff,

15          v.

16   PETERSON ENTERPRISES, LLC          **NOTICE OF VOLUNTARY**
     d/b/a GEOFFREY'S MALIBU, a         **DISMISSAL WITH PREJUDICE**

17   California limited liability company;
     and DOES 1 to 10, inclusive,

18                       Defendants.

19

20

21

22

23   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

24   PLEASE TAKE NOTICE that Plaintiff, Nataly Morales ("Plaintiff"), by and

25   through her undersigned counsel, hereby voluntarily dismisses all claims and causes

26   of action asserted individually with prejudice as to Plaintiff's individual claims

27   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Parties shall bear their

28   own fees and costs.

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

                                   1
                VOLUNTARY DISMISSAL WITH PREJUDICE

1

2    Dated: November 17, 2021          Respectfully Submitted,

3

4                                      /s/ Thiago M. Coelho
                                       Thiago M. Coelho
5                                      **WILSHIRE LAW FIRM**
                                       *Attorney for Plaintiff and*
6                                      *Proposed Class*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
VOLUNTARY DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: November 17, 2021

/s/ *Thiago M. Coelho*
Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

3
VOLUNTARY DISMISSAL WITH PREJUDICE