JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br><br>PETERSON ENTERPRISES, LLC d/b/a GEOFFREY'S MALIBU, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>   Defendants. | Case No.:  CV 21-6828-MWF (MRWx)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On November 16, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 15].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims.  Each party must bear its own costs and attorneys' fees.  The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

Dated:  November 17, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge